(September 15, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK v BENJAMIN CUNNINGHAM.—Application for writ of error coram nobis, pursuant to *People v Bachert* (69 NY2d 593), denied. Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILES WADE, Petitioner, v CARL D. BERRY, as Superintendent of Woodbourne Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.